189 P.2d 9]

[S. F. No. 17355. In Bank. Feb. 5, 1948.]

FELIX BUTTE, JR., et al., Appellants, v. DISTILLERY, RECTIFYING AND WINE WORKERS INTERNATIONAL UNION, LOCAL NO. 45, etc., et al., Respondents.

Dearing, Jertberg & Avery and Kenneth C. Avery for Appellants.

Robert M. Barnard and Clarence E. Todd for Respondents.

CARTER, J.—In this action plaintiffs' prayer for injunctive relief is based upon the Hot Cargo Act (Lab. Code, §§ 1131-1136), and hence is controlled by the decision in *In re Blaney*, 30 Cal.2d 643 [184 P.2d 892]. Here a judgment of dismissal was entered after a demurrer was sustained. On the authority of the Blaney case, the judgment is affirmed.

Gibson, C. J., Edmonds, J., Traynor, J., Schauer, J., and Spence, J., concurred.

SHENK, J.—I dissent for the reasons stated in my dissenting opinion in *In re Blaney*, 30 Cal.2d 643, at page 661 [184 P.2d 892].